UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

URIEL GUTIERREZ, et al.,
    Plaintiffs,

v.

SN SERVICING CORPORATION,
    Defendant.

Case No. 20-cv-04544-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 11

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. Dkt. No. 11. The July 9, 2020 Order granting Temporary Restraining Order is VACATED in light of the voluntary dismissal. Dkt. No. 7. The Clerk shall close the case.

Dated: July 14, 2020

WILLIAM H. ORRICK
United States District Judge